UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN DABNEY (#303995)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 11-172-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 6, 2011 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims are DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e), and this action is DISMISSED.

Baton Rouge, Louisiana, this 5th day of October, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA